JAMES D. SLOAN (State Bar No. 220176)     JS-6
CASONDRA K. RUGA (State Bar No. 237597)
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
james.sloan@alston.com
casondra.ruga@alston.com

WILLIAM H. FRANKEL (admitted *pro hac vice*)
JAMES P. NAUGHTON (admitted *pro hac vice*)
STEPHANIE J. FELICETTY (admitted *pro hac vice*)
BENJAMIN C. FINDLEY (admitted *pro hac vice*)
**BRINKS HOFER GILSON & LIONE**
NBC Tower - Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

Attorneys for Plaintiff
**KIWO INC.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DISTRICT

| | |
|---|---|
| KIWO INC., | CASE NO. CV07-06880 ABC (MANx) |
| Plaintiff, | |
| v. | **STIPULATED CONSENT JUDGMENT** |
| PLANETB TECHNOLOGIES, INC., | |
| Defendant. | |

The parties to this lawsuit, Plaintiff KIWO Inc. ("KIWO") and Defendant PlanetB Technologies, Inc. ("PlanetB") have agreed to settlement of the matters in dispute between them and have stipulated to the entry of this Consent Judgment.

PlanetB acknowledges that it has not retained new counsel since the Court granted the motion of its prior counsel, Snell & Wilmer, to withdraw as counsel on

September 15, 2008.

PlanetB acknowledges that KIWO encouraged PlanetB to consult with independent counsel before signing this Consent Judgment and a Confidential Settlement Agreement resolving the above-captioned case, but that PlanetB elected not to do so.

**IT IS THEREFORE ORDERED THAT:**

1.    United States Patent No. 5,156,089 ("'089 Patent") is valid and enforceable.

2.    PlanetB infringes one or more claims of the '089 patent by making, using and selling its Computer-to-Screen products including, but not limited to, its Sprite, Nova and Galaxy families of products.

3.    Pursuant to 35 U.S.C. § 283, PlanetB, its subsidiaries, officers, directors, agents, servants, employees, attorneys, predecessors or successors in interest or assigns, and those persons in active concert or participation with them are permanently enjoined and restrained, from the date of entry of this Consent Judgment and for the entire term of the '089 patent, from making, using, offering for sale, selling, transferring ,distributing, delivering, shipping, or importing into the United Sates Computer-to-Screen products that directly infringe the '089 patent, or otherwise directly infringing, indirectly infringing, contributorily infringing, or inducing infringement of the '089 patent.

4.    The provisions of this Consent Judgment shall be binding upon and/or applicable to PlanetB, its subsidiaries, officers, directors, agents, servants, employees, attorneys, and their predecessors or successors in interest or assigns, and to all other persons or entities in active concert or participation with them who receive actual notice of this Consent Judgment by personal service or otherwise.

5.    All pending claims of KIWO against PlanetB are resolved by this Consent Judgment and are hereby dismissed with prejudice.

6. All pending counterclaims by PlanetB against KIWO are resolved by this Consent Judgment and are hereby dismissed with prejudice.

7. This Consent Judgment concludes all proceedings between KIWO and PlanetB.

8. This Court shall retain personal jurisdiction over all of the parties and subject matter jurisdiction, for the purpose of enforcement, of this Consent Judgment and the Confidential Settlement Agreement entered into between the parties.

**SO ORDERED**

Dated: November 10, 2008      By: _____
                              Hon. Audrey B. Collins
                              United States District Judge

**AGREED TO BY**:

_____       _____
KIWO, Inc.                    PlanetB Technologies, Inc.

Dated: _____        Dated: _____

AGREED AS TO FORM:

_____       _____
WILLIAM H. FRANKEL            PlanetB Technologies, Inc.
JAMES P. NAUGHTON             (*pro se*)
STEPHANIE J. FELICETTY
BENJAMIN C. FINDLEY
BRINKS HOFER GILSON & LIONE

JAMES D. SLOAN
CASONDRA K. RUGA
ALSTON & BIRD LLP

Attorneys for Plaintiff
KIWO Inc.

Dated: _____        Dated: _____